# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROBERT C. REGAN, JR. & LINDA E. REGAN     Case Number: 07-70474
306 OSCAR COURT              SSN-xxx-xx-4277 & xxx-xx-8432
SYCAMORE, IL  60178

Case filed on: 3/5/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $6,381.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A HART | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 003 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT C. REGAN, JR. | 0.00 | 0.00 | 1,149.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,149.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 20,525.70 | 20,000.00 | 0.00 | 0.00 |
| 004 | TRIAD FINANCIAL CORP | 19,183.80 | 19,183.80 | 479.92 | 1,912.00 |
| 005 | WILSHIRE CREDIT CORPORATION | 4,408.36 | 1,800.00 | 0.00 | 0.00 |
|  | Total Secured | 44,117.86 | 40,983.80 | 479.92 | 1,912.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AIM | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 476.53 | 476.53 | 0.00 | 0.00 |
| 009 | CHILDRENS MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHILDRENS SURGICAL FOUND. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CONS.IN DIAGNOSTIC IMAG | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DEKALB CLINIC CHARTERED | 898.45 | 898.45 | 0.00 | 0.00 |
| 016 | DEKALB MAGNETIC RESONANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DELNOR COMM HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DREYER MEDICAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ELBURN HEALTH ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | JOHNSON HARKNESS & PARK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | KANE COUNTY ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | KISHWAUKEE COMMUNITY HOSP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RRCA ACCOUNTS MANAGEMENT INC | 248.69 | 248.69 | 0.00 | 0.00 |
| 025 | KRISTA P. CARLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LABORATORY PHYSICIANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | LORENE FRIEDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MAPLE PARK & COUNTRYSIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MERCY CENTER | 1,594.50 | 1,594.50 | 0.00 | 0.00 |
| 030 | MIDWEST ENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NEW BEGINNINGS PED | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NEXTEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NICOR GAS | 384.72 | 384.72 | 0.00 | 0.00 |
| 034 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | OSF ST ANTHONY MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | PATHOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | REDDY MED ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ILLINOIS STUDENT ASSISTANCE COMM | 37,011.89 | 37,011.89 | 0.00 | 0.00 |
| 041 | SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | TODD ALEXANDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | TRU GREEN-CHEMLAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | VAN RU CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | LVNV FUNDING LLC | 4,761.84 | 4,761.84 | 0.00 | 0.00 |
| 047 | DEKALB CLINIC CHARTERED | 379.01 | 379.01 | 0.00 | 0.00 |
|  | Total Unsecured | 45,755.63 | 45,755.63 | 0.00 | 0.00 |
|  | Grand Total: | 92,373.49 | 89,239.43 | 4,128.92 | 1,912.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $6,040.92 |
| Trustee Allowance: | $340.08 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008            By  /s/Heather M. Fagan